No. 938.—Federal Intermediate Credit Bank of Baltimore, et al., recurrentes, v. Registrador, recurrido. Enero 16, 1935.

Por los motivos consignados en la opinión emitida en el día de hoy en el recurso gubernativo No. 940, *Sotero León León y Monserrate Rivas, recurrentes,* v. *El Registrador de la Propiedad de Guayama, recurrido, se confirma* la nota recurrida del Registrador de la Propiedad de Guayama de fecha 5 de noviembre de 1934, y con devolución de la documentación presentada, comuníquese.

RECURSOS DE *certiorari* Y *autos inhibitorios* DENEGADOS POR LA CORTE DURANTE EL PERÍODO QUE CUBRE EL PRESENTE TOMO